UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20166-CIV-SEITZ/O'SULLIVAN

JEFFREY JOSEPH CASEY,

    Plaintiff,

v.

CITY OF HIALEAH,

    Defendants.

_____/

## ORDER

**THIS MATTER** came before the Court on the Defendant's Motion to Tax Costs (DE #99, 6/25/08).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiff shall file a response to the Defendant's Motion to Tax Costs (DE #99, 6/25/08) on or before August 21, 2008.  The failure to file a response may result in a recommendation that the Defendant's Motion to

Tax Costs (DE #99, 6/25/08) be granted in its entirety.

    DONE AND ORDERED, in Chambers in Miami, Florida, this **7th** day of August, 2008.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Patricia A. Seitz
All counsel of record